DANIEL J. BRODERICK, #89424
Acting Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SANTOS FIERROS-GUILLON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00518 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER THEREON |
| v. ) | |
| SANTOS FIERROS-GUILLON, ) | Date:  March 20, 2006 |
| Defendant. ) | Time:  9:00 A.M. |
|  ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for February 21, 2006, **may be continued to March 20, 2006 at 9:00 a.m.**

The grounds for the continuance are further defense preparation and plea negotiations.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: February 14, 2006     By   /s/ Marianne A. Pansa
MARIANNE A. PANSA
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Acting Federal Defender

DATED: February 14, 2006     By /s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
SANTOS FIERROS-GUILLON

## ORDER

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   February 15, 2006**          /s/ **Anthony W. Ishii**
0m8i78                        UNITED STATES DISTRICT JUDGE